

200 West 8th Street, Room 130
Austin, Texas 78701
512-916-5896

William G. Putnicki

August 25, 2010

To:    Attorneys of Record

RE:    A:02-CV-305 HLH
Derrick W. Bunton v. Community Options, Inc. Of Texas

The above captioned case was closed on January 16, 2003.

As stated in Local Rule CV 79, *"The party offering any exhibit or deposition shall be responsible for its removal from the Clerk's office within sixty (60) days after the final disposition of the case, including appeal thereof. A detailed receipt shall be given by the party to the Clerk. Any exhibit or deposition remaining more than sixty (60) days after final disposition of the case, including appeal, may be destroyed or otherwise disposed of by the Clerk."*

We are enclosing an exhibit receipt form for your use.

Please contact our office to make arrangements to pick up the exhibits. In accordance with Local Rule CV 79, if the exhibits are not claimed by September 10, 2010, they will be disposed of by the Clerk.

Sincerely,

Deanna Massie

Deanna Massie
Operations Clerk

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

I, the undersigned, do hereby acknowledge receipt of the following exhibits submitted by

Plaintiff/Defendant in Case No. A:02-CV-305 HLH; styled: Derrick W. Bunton v. Community

Options, Inc. Of Texas.

List of Sealed Exhibits:

_____
*Date*

_____
*Signature*

_____
*Printed Name*

_____
*Name of Firm*